UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GLENN PRENTICE**,

    Plaintiff,

v.

Case No. 25-cv-10286
Hon. Matthew F. Leitman

**LISA BROWN**,

    Defendant.
_____/

## ORDER ADOPTING DISPOSITION PROPOSED IN REPORT AND RECOMMENDATION (ECF No. 20) AND DISMISSING ACTION

Plaintiff Glenn Prentice, proceeding *pro se*, initiated this lawsuit against Defendant Lisa Brown, who is the Oakland County Clerk, and up to as many as 100 Jane and John Does on January 30, 2025.1 (*See* Compl., ECF No. 1).  Plaintiff alleges that Defendants violated several federal laws including criminal statutes for concealment, conspiracy, extortion, fraud and falsifying documents, grand theft, racketeering, and more. (*Id.* at PageID.2-3 (citing statutes under Titles 5 and 18 of the U.S. Code)). Plaintiff also includes civil claims under the Racketeer Influenced and Corrupt Organizations ("RICO") Act. (*Id.* at PageID.3). On February 3, 2025, the Court referred all pretrial matters to the assigned Magistrate Judge. (*See* Order, ECF No. 6).

1

On March 18, 2025, Defendant Lisa Brown—the only Defendant who has received service of process—filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). (ECF No.11). Plaintiff filed a brief in opposition on April 30, 2025. (ECF No. 18). Brown did not file a reply brief.

The Magistrate Judge reviewed Plaintiff's Complaint and the briefing on Brown's motion to dismiss, and he recommended that (1) all claims against the Doe Defendants be dismissed for lack of subject-matter jurisdiction, (2) all claims against Brown except the civil RICO claim be dismissed for lack of subject-matter jurisdiction, and (3) Brown's motion be granted with respect to the civil RICO claim. (*See* R & R, ECF No. 20.)

At the conclusion of the R & R, the Magistrate Judge advised the parties that they had fourteen days to file objections. (*See id.*, PageID.175-76.). Plaintiff thereafter sought an extension to file objections until August 12, 2025 (*see* Request, ECF No. 22), and the Court granted that request. (*See* Text Order dated July 30, 2025.)

Brown did not file objections to the R & R. Plaintiff likewise did not file objections by the extended deadline. Instead, he filed a notice to the Court purporting to "remove" this action to the United States Court of Federal Claim. (*See* Notice, ECF No. 23.) There is no basis for Plaintiff's purported "removal." Moreover, the parties' failure to object to the R&R releases the Court

from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). *See also Ivey v. Wilson*, 832 F.2d 950, (6th Cir. 1987) (explaining that where party fails to file "timely objections" to report and recommendation, court may accept that recommendation "without expressing any view on the merits of the magistrate's conclusions"). In addition, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, for the reasons set forth above, **IT IS HEREBY ORDERED THAT:**

1. All claims against Brown except the civil RICO claim are **DISMISSED** for lack of subject-matter jurisdiction;

2. The civil RICO claim against Brown is **DISMISSED** because it fails to state a claim on which relief can be granted;

3. The claims against the Doe Defendants are **DISMISSED** for lack of subject matter jurisdiction.

This is a final order that terminates and closes this civil action.

**IT IS SO ORDERED.**

                s/Matthew F. Leitman
                MATTHEW F. LEITMAN
                UNITED STATES DISTRICT JUDGE

Dated: August 25, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 25, 2025, by electronic means and/or ordinary mail.

                                       s/Holly A. Ryan
                                       Case Manager
                                       (313) 234-5126