UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLENN PRENTICE,

    Plaintiff,

v.

Case No. 25-cv-10286
Hon. Matthew F. Leitman

LISA BROWN,

    Defendant.

_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

    KINIKIA ESSIX
    CLERK OF COURT

By:   s/Holly A. Ryan
    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: August 25, 2025
Detroit, Michigan

1