UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLENN PRENTICE,

       Plaintiff,                                            Case No. 25-cv-10286
                                                  Hon. Matthew F. Leitman

v.

LISA BROWN,

       Defendant.
_____/

**ORDER DENYING PLAINTIFF'S
MOTION TO VACATE ORDERS (ECF No. 26)**

On August 25, 2025, the Court issued an order dismissing Plaintiff Glenn Prentice's claims against Defendant Lisa Brown. (*See* Order, ECF No. 24.)  It entered judgment reflecting that dismissal on the same day. (*See* Judgment, ECF No. 25.)

On September 15, 2025, Prentice filed a motion to vacate the Court's dismissal order and judgment. (*See* Mot., ECF No. 26.)  The Court has reviewed the motion, and it provides no basis to reconsider the Court's ruling.  Thus, because the Court is not persuaded that it erred when it issued its dismissal order or judgment in this case, Prentice's motion is **DENIED**.

    **IT IS SO ORDERED**.

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
Dated:  June 10, 2026               UNITED STATES DISTRICT JUDGE

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 10, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2